IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY A. JOHNSON,

       Petitioner,                    No. CIV S-11-0700 FCD CKD P

    vs.

L.S. McEWAN,

       Respondent.              <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has requested that he be allowed to withdraw his petition for writ of habeas corpus. Petitioner's request is equivalent to a voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A). Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a)(1)(A).

Dated: August 17, 2011

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

hm
john0700.159